1  WEISBERG & MILLER
   CRAIG S. MILLER 139682
2  WILLIAM S. WEISBERG 146284
   654 Sacramento Street, Third Floor
3  San Francisco, California 94111
   Telephone:   (415) 296-7070
4  Facsimile:   (415) 296-7060

5  WILLIAMSON & WILLIAMS
   ROBLIN JOHN WILLIAMSON
6  187 Parfitt Way, SW, #250
   Seattle, WA  98110
7  Telephone: (206) 780-4447
   Facsimile:  (206) 780-5557
8  (admitted pro hac vice)

9  Attorneys for Plaintiff Michael Bader

10

   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 GREG L. JOHNSON  132397
   ANDREW D. BLUTH  232387
12 2600 Capitol Mall, Suite 300
   Sacramento, CA  95816
13 Telephone: (916) 329-4700
   Facsimile: (916) 441-3583

14
   Attorneys for Defendant
15 SEMINAR CROWDS, INC.

16
                    UNITED STATES DISTRICT COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18
                      SAN FRANCISCO DIVISION
19

20 ┌─────────────────────────────┐
   MICHAEL BADER,              )        No. 3:10-cv-00428-TEH
21                             )
                  Plaintiff,   )        STIPULATED REQUEST FOR
22                             )        DISMISSAL AND ORDER
        vs.                    )
23                             )
   SEMINAR CROWDS, INC., and   )
24 DOES 1-50,                  )
                               )
25             Defendants.     )
   └─────────────────────────────┘
26

27

28

Case No. 3:10-cv-00428-TEH
STIPULATED REQUEST FOR
DISMISSAL AND ORDER

1   WHEREAS, on or about November 6, 2009, Plaintiff Michael Bader ("Plaintiff")

2   filed a putative class action lawsuit titled *Michael Bader v. Seminar Crowds, Inc.* in the

3   Superior Court of California for the City and County of San Francisco, Case No. CGC-09-

4   494196 (the "Complaint");

5   WHEREAS, the Complaint alleged that Defendant Seminar Crowds, Inc.

6   ("Defendant") sent unsolicited facsimile advertisements to Plaintiff and other alleged class

7   members in violation of the Telephone Consumer Protection Act , 47 U.S.C. § 227

8   ("TCPA"), as wells as California's Business and Professions Code sections 17538.43 and

9   17200;

10   WHEREAS, on or about January 29, 2010, Defendant filed an Answer denying the

11   allegations in the Complaint;

12   WHEREAS, on or about January 29, 2010, Defendant removed the action to the

13   United States District Court for the Northern District of California, commencing Case

14   No. C10-000428-TEH;

15   WHEREAS, this action has not yet been certified as a class action;

16   WHEREAS, based on information exchanged by the parties to date, Plaintiff is

17   informed and believes that Defendant hired a third party vendor to conduct its advertising

18   campaign that resulted in Plaintiff receiving the facsimile advertisement giving rise to the

19   Complaint;

20   WHEREAS, based on information exchanged by the parties to date, Plaintiff is

21   informed and believes that identifying potential class members, if any, and providing

22   necessary notice to potentially identified class members, will be a difficult and costly

23   process that may not lead to the assemblage of enough participants to constitute a

24   meaningful class, thus making the continued pursuit of this matter as a class action a

25   questionable and uncertain undertaking;

26   WHEREAS, based on information exchanged by the parties to date, Plaintiff is

27   informed and believes that the costs to the class to maintain this lawsuit, including

28   potentially extensive third party discovery, are not warranted under these circumstances;

1    WHEREAS, Plaintiff is unaware of the identities of any other potential class

2  members at this time;

3    WHEREAS, the parties have entered into a settlement agreement to resolve the

4  individual claims of Plaintiff and any claims he may otherwise have associated with his

5  status as a putative class member;

6    NOW, THEREFORE, IT IS HEREBY JOINTLY REQUESTED AND AGREED,

7  by and between Plaintiff and Defendant, through their counsel of record, as follows:

8    1.    This matter, including the First Cause of Action (TCPA), Second Cause of

9  Action (Cal. Bus & Prof. Code § 17538.43) and Third Cause of Action (Cal. Bus & Prof.

10  Code § 17538.43) shall be dismissed with prejudice as to Plaintiff Michael Bader;

11    2.    As to the alleged putative class, the First, Second and Third Causes of

12  Action contained in the Complaint shall be dismissed without prejudice.

13    3.    Plaintiff releases any and all interest he may have had in class representation

14  through this action and disclaims any future personal stake in the class action causes of

15  action and allegations or any recovery, actual or potential, associated therewith.

16

Dated:  April  23, 2010

17

18                                WILLIAMSON & WILLIAMS
                                  ROBLIN JOHN WILLIAMSON
                                  187 Parfitt Way, SW, #250
19                                Seattle, WA  98110

20

21                           By _____/s/ Roblin Williamson_____
                                       Roblin Williamson
22                                Attorneys for Plaintiff
                                  MICHAEL BADER
23

24

25

26

27

28

                                                        Case No. 3:10-cv-00428-TEH
                                                        STIPULATED REQUEST FOR
                                                        DISMISSAL AND ORDER

1  Dated:  April 23, 2010

2                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     GREG L. JOHNSON
3                                    ANDREW D. BLUTH
                                     2600 Capitol Mall, Suite 300
4                                    Sacramento, CA  95816

5

6                                    By_____/s/ Greg L. Johnson_____
                                             Greg L. Johnson
7                                        Attorneys for Defendant
                                         SEMINAR CROWDS, INC.

8

9

10                                       **ORDER**

11        IT IS HEREBY ORDERED that this matter be dismissed with prejudice as to

12  Plaintiff Michael Bader and that all causes of action asserted on behalf of the putative class

13  be dismissed without prejudice.

14

15        IT IS SO ORDERED.

16        DATED:  04/26/10          _____
                                     HON. THELTON E. HENDERSON
17                                   United States District Judge

18

19

20

21

22

23

24

25

26

27

28

702108442v1

Case No. 3:10-cv-00428-TEH
STIPULATED REQUEST FOR
DISMISSAL AND ORDER